# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:                        )
                              )   CASE NO: 19 - 50042 - amk
Jeffrey William Yaeger        )
                              )   CHAPTER 13
            Debtor.           )

## MOTION TO REINSTATE CHAPTER 13 PROCEEDING

Now come the debtor, by and through her undersigned counsel, and hereby files the within Motion to Reinstate Chapter 13 Proceeding. In support of this motion debtor states:

1. That this Chapter 13 case has not been converted from another chapter of the Bankruptcy Code.

2. That debtor has provided the Chapter 13 Trustee with all documents requested for confirmation; has amended Schedule "I" to comply with Chapter 13 Trustee's objection to confirmation; and will in conjunction with the filing of this Motion, file an Objection to Proof of Claim 4-1 of the Internal Revenue Service, which if granted will make debtor's plan feasable.

**WHEREFORE**, debtor, moves this Honorable Court for its order Reinstating his Chapter 13 proceeding.

Respectfully submitted,

/s/ *Mark H. Knevel*

**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorneys for Debtor
5250 Transportation Blvd Suite 201
Garfield Heights, OH 44125
(216) 523 - 7800 FAX 523-7801
Email: mknevel@knevellaw.com

## CERTIFICATE OF SERVICE

Debtor, by and through counsel, hereby certifies a copy of the foregoing Motion to Reinstate Chapter 13 Proceeding, was served upon the following, by CM / ECF Noticing System or ordinary US Mail, as indicated, on this the 30th day of June, 2019 :

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

**United States Trustee for Region 9**
Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermitt, United States Trustee for Region 9.

**Chapter 13 Trustee**
Keith Rucinski at krucinski@ch13akron.com
Joseph A. Ferrise at jferrise@ch13akron.com

**By Ordinary US Mail**

**Debtor**
Jeffrey William Yaeger
4615 Grafton Road
Brunswick, OH 44212

**Creditors**

All scheduled creditors
(See attached exhibit "A")

/s/ Mark H. Knevel
_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorneys for Debtor

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   PRA Receivables Management, LLC
0647-5                                    c/o AIS Portfolio Services, LP                 PO Box 41021
Case 19-50042-amk                         4515 N Santa Fe Avenue Dept. APS               Norfolk, VA 23541-1021
Northern District of Ohio                 Oklahoma City, OK 73118-7901
Akron
Sun Jun 30 16:44:38 EDT 2019
455 John F. Seiberling Federal Building   Absolute Resolutions Investments, LLC          Best Egg / sst
US Courthouse                             c/o Absolute Resolutions Corporation           4315 Pickett Rd
2 South Main Street                       8000 Norman Center Drive, Suite 350            Saint Joseph, MO 64503-1600
Akron, OH 44308-1848                      Bloomington, MN 55437-1118


Best Egg / sst                            Capital One                                    Capital One
c/o Absolute Resoutions Investments       PO Box 6492                                    c/o Portfolio Recovery
8000 Norman Center Drive  #350            Carol Stream, IL 60197-6492                    120 Corporate Blvd Ste 100
Bloomington, MN 55437-1118                                                               Norfolk, VA 23502-4952


Capital One Auto Finance                  Capital One Auto Finance                       Capital One Auto Finance, a division of Capi
PO Box 4360                               c/o AIS Portfolio Services                     P.O. Box 4360
Houston, TX 77210-4360                    4515 N. Santa Fee Ave Dept APS                 Houston, TX 77210-4360
                                          Oklahoma City, OK 73118-7901


Credit One Bank Na                        Credit One Bank Na                             Cross River Bank
Po Box 98872                              c/o LVNV Funding                               c/o Absolute Resoutions Investments
Las Vegas, NV 89193-8872                  P.O. Box 10497                                 8000 Norman Center Drive  #350
                                          Greenville, SC 29603-0497                      Bloomington, MN 55437-1118


Home Point Financial Corp                 Home Point Financial Corp                      Home Point Financial Corp
11511 Luna Road  Suite 300                4849 Greenville Avenue                         c/o Sottile & Barile LLC
Farmers Branch, TX 75234-6451             Dallas, TX 75206-4191                          394 Wards Corner Road  #180
                                                                                         Loveland, OH 45140-8362


(p)INTERNAL REVENUE SERVICE               Internal Revenue Service                       Internal Revenue Service
CENTRALIZED INSOLVENCY OPERATIONS         PO Box 7346                                    c/o United States Attorney
PO BOX 7346                               Philadelphia, PA 19101-7346                    Carl B Stokes US Court House
PHILADELPHIA PA 19101-7346                                                               801 West Superior Ave.  Suite 400
                                                                                         Cleveland, OH 44113-1852


Jared-galleria/genesis                    LVNV Funding, LLC                              MIDLAND FUNDING LLC
Po Box 4485                               Resurgent Capital Services                     PO Box 2011
Beaverton, OR 97076-4485                  PO Box 10587                                   Warren, MI 48090-2011
                                          Greenville, SC 29603-0587


(p)MEDINA COUNTY SANITARY ENGINEERS       NCP Finance Ohio, LLC                          NCP Finance Ohio, LLC
791 W SMITH ROAD                          205 Sugar Camp Circle                          c/o NCB Management Service
PO BOX 542                                Dept CSM                                       1 Allied Drive
MEDINA OH 44258-0542                      Dayton, OH 45409-1970                          Trevose, PA 19053-6945


Ohio Edison                               Ohio Edison                                    Portfolio Recov Assoc
5001 NASA Blvd                            Attn: Bankruptcy Department                    120 Corporate Blvd Ste 1
Fairmont WV 26554-8248                    76 South Main Street                           Norfolk, VA 23502-4952
                                          Akron, OH 44308-1817
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Finance Corp<br>2676 E Aurora Rd<br>Twinsburg, OH 44087-2150 | Rise<br>4150 International Plaza<br>Fort Worth, TX 76109-4892 |
| Synchorony Bank<br>c/o Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Synchrony Bank<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Jeffrey William Yaeger<br>4615 Grafton Road<br>Brunswick, OH 44212-2007 |
| Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 | Mark H. Knevel<br>Knevel Law Co. LPA<br>Kennard Professional Bldg.<br>5250 Transportation Blvd #201<br>Garfield Heights, OH 44125-5361 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Group 6<br>1240 East Ninth Street, Room 493<br>Cleveland, OH 44199-0000 | (d)Internal Revenue Service<br>c/o United States Attorney General<br>US Dept of Justice Tax Division<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044-0000 | Medina County Sanitary Engineers<br>791 W. Smith Road<br>PO Box 542<br>Medina, OH 44258-0000 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients  37
Bypassed recipients   1
Total                38